## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLENE TAYLOR**                                                                                           **PLAINTIFF**

v.                              **Case No. 4:23-cv-00643-KGB**

**COMMISSIONER**
**OF THE SOCIAL SECURITY ADMINISTRATION**                                           **DEFENDANT**

### ORDER

Before the Court are the Commissioner of the Social Security Administration's ("Commissioner") unopposed motion to reverse and remand and the Findings and Recommendation entered by United States Magistrate Judge Patricia Harris (Dkt. Nos. 14; 15). The Commissioner requests that this Court reverse and remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g) (Dkt. No. 14, at 1). The Commissioner represents that his counsel contacted counsel for plaintiff Charlene Taylor regarding this motion, and plaintiff's counsel stated he has no objection (*Id.*). Judge Harris recommends that the Court grant the Commissioner's unopposed motion (Dkt. No. 15). No objections have been filed to Judge Harris's Findings and Recommendation.

For good cause shown, the Court adopts the Findings and Recommendation in their entirety, and the Court grants the motion (Dkt. Nos. 14; 15). This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a sentence four remand. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993). The dismissal of this case is without prejudice to plaintiff Charlene Taylor's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

It is so ordered this 12th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge