# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLENE TAYLOR**                                                                                           **PLAINTIFF**

**v.**                                    **Case No. 4:23-cv-00643-KGB**

**COMMISSIONER**
**OF THE SOCIAL SECURITY ADMINISTRATION**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Charlene Taylor. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is reversed and remanded for further proceedings.

It is so adjudged this 12th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge